# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIPS LIGHTING NORTH AMERICA CORPORATION and PHILIPS LIGHTING HOLDING B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> GVA LIGHTING, INC. <br><br> Defendant. | Civil Action No. 1:16-cv-11640 |

## NOTICE OF DISMISSAL
## PURSUANT TO FEDERAL RULE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Philips Lighting North America Corporation and Philips Lighting Holding B.V. hereby give notice that the above-captioned action is dismissed, without prejudice.

Dated: October 24, 2016

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Jeremy P. Oczek*

Jeremy P. Oczek, Esq. (BBO No. 647509)
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7037
Email: jpoczek@bsk.com

***COUNSEL FOR PLAINTIFFS***
*Philips Lighting North America Corporation and Philips Lighting Holding B.V.*